FILED
CLERK, U.S. DISTRICT COURT

APR - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>David Hernandez<br><br>    Defendant. | Case No. CR 10-351 ODW - 30<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation or Supervised Release) |

    In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

    A.  (✓)  the appearance of the defendant as required; and/or

    B.  (✓)  the safety of any person or the community.

The Court concludes that :

A. (X) Defendant failed to present clear and convincing evidence to establish that Defendant is not a risk of flight because:

_Previous PTS Viol_

B. (X) Defendant failed to present clear and convincing evidence to establish that Defendant does not pose a risk to the safety of other persons or the community because:

_Allegations of recent drug use_

IT IS ORDERED that defendant be detained.

DATE: _April 8_, 2013

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE